# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD DASCHBACH, individually and on behalf of all similarly situated individuals, | |
| Plaintiff, | Case No. 22-cv-03940 |
| v. | Judge Sara L. Ellis |
| ADVANTAGE GOLD, LLC, | |
| Defendant. | |

## DEFENDANT ADVANTAGE GOLD LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant Advantage Gold, LLC ("Advantage Gold"), by and through its counsel states that Advantage Gold is a subsidiary of Advantage Group Holdings, LLC and no publicly held corporation holds 5% or more of its stock.

Dated: September 7, 2022

Respectfully submitted,

**ADVANTAGE GOLD, LLC**

By: */s/ Ian H. Fisher*
One of Its Attorneys

Ian H. Fisher
ifisher@taftlaw.com
Ioana Guset
iguset@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Suite 2800
Chicago, IL 60601
Firm ID: 29143
(312) 527-4000

1

**CERTIFICATE OF SERVICE**

I, Ian H. Fisher, an attorney, hereby certify that on this 7th day of September, 2022, I electronically filed the foregoing **Defendant Advantage Gold LLC's Corporate Disclosure Statement** with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all registered parties and counsel.

/s/ *Ian H. Fisher*

74768395v1