# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Richard Daschbach

                Plaintiff,

v.                                      Case No.: 1:22–cv–03940
                                           Honorable Sara L. Ellis

Advantage Gold, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to joint stipulation for dismissal [20] this action is dismissed with prejudice as to the claims of Plaintiff and without prejudice as to the claims of any absent members against Defendant. Each party agrees to bear his and its own attorneys' fees an costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.